IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-03313-RPM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 3, 2012** | Courtroom Deputy:  Robin Mason |

*Parties:*                                                                    *Counsel:*

WORLDWIDE TIRE REC INC., et al.,            Trocon Edward Williams

      Plaintiffs,

v.

PALLADIN COMMERICAL GROUP, LLC,

      Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      11:09 a.m.**
Court calls case.  Appearances of counsel.  Client Mr. Paul Faustin also appears on the line.

Discussion regarding Motion to Withdraw as Counsel for Plaintiffs (Docket No. 4, filed on 1/19/2012) and service on the defendant.

**ORDERED:**  The court **GRANTS** Motion to Withdraw as Counsel for Plaintiffs (Docket No. 4, filed on 1/19/2012).

HEARING CONCLUDED.

**Court in recess**:        **11:15 a.m.**            Total time in court:     00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.