IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03313-RPM-CBS

WORLDWIDE TIRE REC. INC., and
PAUL FAUSTIN,

    Plaintiffs,

v.

PALLADIN COMMERCIAL GROUP, L.L.C.,
a Colorado Limited Liability, Company,

    Defendant.
_____

## ORDER FOR DISMISSAL WITHOUT PREJUDICE
_____

Upon consideration of the Recommendation of United States Magistrate Judge Craig B. Shaffer entered on May 14, 2012, it is

ORDERED that this civil action is dismissed without prejudice for Plaintiffs' failure to appear at the Preliminary Scheduling Conference held on April 24, 2012, at 10:00 a.m.; Plaintiffs' failure to file proof of timely service on Defendant; Worldwide Tire Rec, Inc.'s failure to appear through counsel; Plaintiffs' failure to comply with court orders and the Federal Rules of Civil Procedure; Plaintiffs' failure to prosecute this civil action and Plaintiffs' failure to respond to the court's April 24, 2012, Order to Show Cause.

DATED:   June 13th,  2012

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge